IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **LAWRENCE J. INGRAM,** *et al.* | § § | |
| **v.** | § § | NO. 1:12-CV-481 |
| **THE BANK OF NEW YORK MELLON,** *formally known as* The Bank of New York, *as Trustee For The Certificateholders of the CWABS Inc, Asset-Backed Certificates, Series 2006-19, its Successors and/or Assigns,* *et al.* | § § § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. Thereafter, the case was transferred to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management (Doc. No. 4). On October 19, 2012, Judge Hawthorn entered an order directing *pro se* Plaintiff Lawrence J. Ingram ("Ingram") to pay the applicable filing fee or submit a new *in forma pauperis* application within seven days, or risk dismissal of this action. (Doc. No. 5.) Ingram failed to comply within seven days as ordered. Therefore, on November 2, 2012, the magistrate judge entered a report (Doc. No. 7) recommending the Court dismiss this action *sua sponte* for failure to prosecute and failure to comply with a court order. Ingram has filed no objections to the report and recommendation, nor has he paid the applicable filing fee or submitted a new *in forma pauperis* application as originally ordered by the magistrate judge. The Court's independent review confirms that the magistrate judge's analysis is correct.

The magistrate judge's report and recommendation (Doc. No. 7) is **ADOPTED**, and this lawsuit is **DISMISSED with prejudice**. Final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **10** day of **December, 2012.**

_____
Ron Clark, United States District Judge